IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| OSCAR GOMEZ, GERARDO PEDROZA, AND OSCAR LOPEZ, on behalf of themselves, and all other plaintiffs similarly situated, known and unknown, ) ) ) ) ) | No. 14 cv 5812 |
| Plaintiffs, ) ) | Judge Matthew F. Kennelly |
| v. ) ) | Magistrate Judge Daniel G. Martin |
| ACRES MAINTENANCE, INC., d/b/a ACRES ENTERPRISES, INC., PREMIER STAFFING SERVICES, INC., AND LUIS BURGOS, INDIVIDUALLY, ) ) ) ) ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION FOR LEAVE TO FILE ADDITIONAL
CONSENT AND TO JOIN AS PARTY-PLAINTIFF**

NOW COME Plaintiffs, by their attorneys of record, and in support of their Motion for Leave to File Additional Consent and to Join as Party-Plaintiff, state as follows:

1. On July 29, 2014, on behalf of themselves and all others similarly situated, Plaintiffs filed their claim for back wages and other relief against Defendants, pursuant to the Fair Labor Standards Act.

2. Since that time, one (1) other individual similarly situated to the named Plaintiffs has come forward to join as Party-Plaintiff (*see* Consent of Federico Cansino, attached hereto as Exhibit A.)

3. Defendants will not be prejudiced by this addition, and the joinder will serve judicial economy.

1

WHEREFORE, Plaintiffs respectfully request this Court to enter an Order granting their Motion for Leave to File Additional Consents and to Join as Party-Plaintiff, and allowing Plaintiffs to file the additional Consent of Federico Cansino.

Respectfully submitted,

*Electronically Filed 5/29/15*

s/ John W. Billhorn
----------------------------------------
John W. Billhorn

BILLHORN LAW FIRM
53 W. Jackson Blvd. Suite 840
Chicago, Illinois 60604
(312) 853-1450