# FARMWORKER AND LANDSCAPER ADVOCACY PROJECT
33 N. LaSalle, Suite 900, Chicago, IL 60602
847-668-2114 (cell) / 312-784-3541-312-784-3522 (office)

## CONSENT TO SUE

This agreement, between **Federico Cansino** (client) and Farmworker & Landscaper Advocacy Project, hereby authorizes and engages the Farmworker and Landscaper Advocacy Project to pursue back wages and other relief against **Acres Maintenance Inc, Premier Staffing Services + Luis Burgos** in an individual action, a collective action under the Fair Labor Standards Act, and/or a class action. By my signature below, I represent to the Court that I have been or am employed by Defendant(s) and that I have not been paid all the wages that are owed to me and/or I believe I have another legal claim against Defendant(s). I authorize through this Consent the filing and prosecution of my claims in my name and, in the event of a collective action under the Fair Labor Standards Act or a class action, on behalf of all persons similarly situated to myself.

*Federico Cansino*
CLIENT'S SIGNATURE
Date on Which I signed: 5-24-15

## CONSENTIMIENTO PARA DEMANDAR

Por medio de este acuerdo, entre **Federico Cansino** (cliente) y Farmworker and Landscaper Advocacy Project, doy mi consentimiento para participar en una demanda individual o colectiva y llevar a cabo un juicio en contra de **Acres Maintenance Inc. Premier Staffing Services + Luis Burgos** para cobrar mis salarios atrasados y/u otros daños. Al firmar este documento, le estoy informando al Tribunal que trabajo o he trabajado para el/los Demandado(s) y que no se me ha(n) pagado todos los salarios que se me debe(n) y/o que yo creo que tengo otro(s) reclamo(s) legal(es) en contra de él/ellos. Por medio de este consentimiento estoy dando autorización para el archivo e interposición de una acción judicial en mi nombre y en el caso de que se lleve a cabo una acción colectiva, en el de todas las personas quienes se encuentren en una situación similar a la mía y pueden ser incluidas en este caso.

*Federico Cansino*
FIRMA DEL CLIENTE
Fecha en la que firmo: 5-24-15